UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FLOY L. O'NEAL | * | CIVIL ACTION NO. 17-7901 |
| | * | |
| | * | SECTION: "I"(1) |
| VERSUS | * | |
| | * | JUDGE LANCE M. AFRICK |
| | * | |
| METRO PCS | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the lawsuit is **DISMISSED** for lack of subject matter jurisdiction and **WITHOUT PREJUDICE** to any right the plaintiff may have to file his complaint in state court.

New Orleans, Louisiana, this 22nd day of September, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

1